UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Twin City Pipe Trades Service
Association, Inc., a Minnesota
non-profit corporation,

Civil File No. 12-cv-01328 DSD/AJB

                 Plaintiff,

vs.

Franke Mechanical LLC,
a Minnesota limited liability company,

                 Defendant.

## ORDER FOR DEFAULT JUDGMENT

This matter came before the Court on September 28, 2012, on Plaintiff's Motion for Default Judgment against Defendant Franke Mechanical LLC. William A. Cumming, Esq. appeared for Plaintiff. No appearance was made for Defendant.

Based on all of the files, records, and proceedings in this matter, and being fully advised in the premises,

IT IS ORDERED that Plaintiff Twin City Pipe Trades Service Association, Inc. have and recover from Defendant Franke Mechanical LLC, the sum of $15,553.62 representing:

1. $10,488.63 in unpaid fringe benefit contributions for April through June 2011,

2. $1,048.86 for liquidated damages due,

3. $667.63 in interest through September 28, 2012, and

4. $3,348.50 for reasonable costs and attorney's fees.

5. Franke Mechanical LLC is further ordered to produce to the Twin City Pipe Trades Service Association, Inc. within seven (7) days of service of this order upon it all business records for 2011 and 2012 reflecting work performed by its employees, including time records, payroll records, job reports or documentation, and records on customer projects.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 28, 2012

s/David S. Doty
David S. Doty, Judge
United States District Court